**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                              Case No. 8:24-bk-00197-RCT
Henry Badaan                                Chapter 13

      Debtor
_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Ave., Ste. 555, Tampa, FL 33602 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

      **COMES NOW**, the undersigned counsel, Jay M. Weller, Esq. of Weller Legal Group ("Attorney"), requests approval to withdraw as counsel of record for Henry Badaan and states as follows:

      1.     Attorney represents the Debtor, Henry Badaan.

      2.     Debtor has discharged Attorney as their counsel. Pursuant to R. Regulating Fla. Bar 4-1.16(a)(3), Attorney is thereby required to withdraw from this matter.

      **WHEREFORE**, Attorney requests that this honorable Court enter an order granting this Motion, authorizing Attorney to withdraw as counsel of record for Henry Badaan, and for such further relief as the Court deems appropriate.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on the following parties via the Court's CM/ECF, at their email addresses registered with the Court or regular U.S. Mail postage, Prepaid on March 1, 2024:

*See attached mailing matrix.*

/s/ *Jay M. Weller*
Jay M. Weller, Esquire
FBN: 985856
Weller Legal Group, PA
24500 US Highway 19 N. Ste. 215
Clearwater, FL 33763
Telephone: 727.539.7701
Facsimile: 727.524.3850
jweller@wellerlegalgroup.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:24-bk-00197-RCT<br>Middle District of Florida<br>Tampa<br>Fri Mar  1 11:52:21 EST 2024 | Rocket Mortgage, LLC f/k/a Quicken Loans, LL<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Synovus Bank<br>Managed Assets Dept. Bankruptcy<br>P.O. Box 120<br>Columbus, GA 31902-0120 |
| U.S. Bank National Association<br>Robertson, Anschutz, Schneid, Crane<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004-2001 | United States Trustee - TPA7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Amex<br>P.O. Box 7871<br>Fort Lauderdale, FL 33329 |
| Amex<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | Andrea Badaan<br>3906 W Platt st<br>Tampa, FL 33609-3943 | Bk Of Amer<br>Pob 15026<br>Wilmington, DE 19850-5026 |
| Capital One<br>11013 W Broad St<br>Glen Allen, VA 23060-6017 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Quicksilver<br>PO Box 60519<br>City Of Industry, CA 91716-0519 |
| Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Fundation Group LLC<br>11501 Sunset Hills Rd<br>Reston, VA 20190-4754 |
| Goldman Sachs Bank USA<br>PO Box 45400<br>Salt Lake City, UT 84145-0400 | (p)HANCOCK WHITNEY BANK<br>ATTN ANNE JAMES<br>2510 14TH STREET 2ND FLOOR<br>GULFPORT MS 39501-1948 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Iurato Law Firm, PL<br>10012 N Dale Mabry Hwy<br>Ste 213<br>Tampa, FL 33618-4425 | Jeffrey B. Fabian<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd. Suite 2800<br>Tampa, FL 33602-5153 | Maxey-Fisher, PLLC<br>100 Second Avenue South<br>Suite 401 North<br>Saint Petersburg, FL 33701-4360 |
| Memorial Hospital Of Tampa<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Randy Freedman<br>Jeffrey B. Fabian, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | Randy Freeman<br>c/o SHUMAKER, LOOP & KENDRICK, LLP<br>101 E. Kennedy Blvd., Ste. 2800<br>Tampa, FL 33602-5150 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LL<br>C/O Elizabeth Eckhart<br>LOGS Legal Group LLP<br>750 Park of Commerce Blvd., Suite 130<br>Boca Raton, FL 33487-3613 | Rocket Mtg<br>30600 Telegraph<br>Bingham Farms, MI 48025-4530 | Synovus Bank<br>Pob 120 C<br>Columbus, GA 31902-0120 |

| | | |
|---|---|---|
| Synovuscards<br>P.O. Box 84050<br>Columbus, GA 31908-4050 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | Us Bk Hm Mtg<br>4801 Frederica Street<br>Owensboro, KY 42301-7441 |
| Henry Badaan<br>3906 W Platt st<br>Tampa, FL 33609-3943 | Jay M Weller<br>Weller Legal Group, Inc.<br>25400 US Highway 19 North, Suite 150<br>Clearwater, FL 33763-2176 | Kelly Remick<br>Chapter 13 Standing Trustee<br>Post Office Box 89948<br>Tampa, FL 33689-0416 |
| Randy Freeman<br>c/o Steven M. Berman<br>101 E. Kennedy Blvd.<br>Suite 2800<br>Tampa, FL 33602-5150 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discoverbank<br>Pob 15316<br>Wilmington, DE 19850 | Hancock Whitney<br>PO Box 4019<br>Gulfport, MS 39502 | (d)Hancock Whitney Bank<br>Loss Mitt 2nd FL<br>P.O. Box 4019<br>Gulfport, MS 39501 |
| U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>2800 Tamarack Road<br>Owensboro, Kentucky 42301 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Iurato Law Firm, PL<br>Iurato Law Firm, PL<br>10012 North Dale Mabry Hwy., Suite 213<br>Tampa | (d)Jeffrey B. Fabian<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | (d)Rocket Mortgage, LLC f/k/a Quicken Loans,<br>635 Woodward Avenue<br>Detroit , MI 48226-3408 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39